Laura H. JENNINGS, as Executrix of the Last Will and Testament of Frederick B. Jennings, Deceased, Appellee, v. Charles W. ANDERSON, Individually and as United States Collector of Internal Revenue for the Third District of New York, Appellant.

No. 329.

Circuit Court of Appeals, Second Circuit.

July 21, 1930.

Charles H. Tuttle, U. S. Atty., of New York City (Leon E. Spencer, Asst. U. S. Atty., of New York City, of counsel), for appellant.

Ewing Everett, of New York City (Miller & Chevalier, of Washington, D. C., of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

This case presents the same questions as those discussed in the opinion in Reeves v. Anderson, 43 F.(2d) 679, handed down herewith. In accordance with that opinion, the judgment herein will be reversed and a new trial ordered.

Judgment reversed; new trial ordered.